IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JAMISON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 08-4466 |
| Commissioner of Social Security | : | |

ORDER

AND NOW, this 22nd day of July 2009, upon consideration of plaintiff's motion for summary judgment and the Commissioner's response thereto and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and plaintiff's objections thereto, it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED;

2.  Plaintiff's Motion for Summary Judgment is DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.